No. 89–5087.   HOPKINS v. KENTUCKY PAROLE BOARD ET AL.
C. A. 6th Cir.   Certiorari denied.

No. 89–5089.   KALYON v. SCULLY, SUPERINTENDENT, GREEN
HAVEN CORRECTIONAL FACILITY, ET AL.   C. A. 2d Cir.   Certio-
rari denied.

No. 89–5091.   PARRON v. QUICK, SUPERINTENDENT, WALLKILL
CORRECTIONAL FACILITY.   C. A. 2d Cir.   Certiorari denied.

No. 89–5094.   DUNKINS v. JONES, WARDEN, ET AL.   C. A.
11th Cir.   Certiorari denied.

No. 89–5098.   TAYLOR v. UNITED STATES.   C. A. 5th Cir.
Certiorari denied.

No. 89–5100.   HORNBUCKLE v. MISSOURI.   Sup. Ct. Mo.   Cer-
tiorari denied.

No. 89–5103.   ROBINSON v. NEW YORK.   App. Div., Sup. Ct.
N. Y., 4th Jud. Dept.   Certiorari denied.

No. 89–5105.   HORNE v. ALLEN METROPOLITAN HOUSING AU-
THORITY.   C. A. 6th Cir.   Certiorari denied.

No. 89–5107.   PEREZ v. SEEVERS ET AL.   C. A. 9th Cir.   Cer-
tiorari denied.

No. 89–5108.   CROW v. FUCHS ET AL.   C. A. 5th Cir.   Certio-
rari denied.

No. 89–5111.   RAMOS v. UNITED STATES.   C. A. 11th Cir.
Certiorari denied.

No. 89–5112.   CASON v. UNITED STATES.   C. A. 11th Cir.
Certiorari denied.

No. 89–5113.   BRAVO v. UNITED STATES.   C. A. 5th Cir.
Certiorari denied.

No. 89–5114.   LONG v. JONES, ASSISTANT DIRECTOR, COM-
MAND B, WASHINGTON DEPARTMENT OF CORRECTIONS.   C. A.
9th Cir.   Certiorari denied.